KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Robert T. Schmidt
Lauren M. Macksoud
Craig L. Siegel

*Counsel for the Official Committee*
*of Unsecured Creditors of Motors Liquidation Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY., *et al.*, f/k/a General Motors Corp., *et al.*, | Case No.: 09-50026 (REG) (Jointly Administered) |
| Debtors. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY, *et al.*, Plaintiff, v. UNITED STATES DEPARTMENT OF THE TREASURY, EXPORT DEVELOPMENT CANADA, Defendants. | Adversary Proceeding No. _____ |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Plaintiff, the Official Committee of Unsecured Creditors (the **"Committee"**) of the above-captioned debtors and debtors-in-possession in these chapter 11 cases (collectively, the "**Debtors**"), by its undersigned counsel, Kramer Levin

Naftalis & Frankel LLP, affirms that the committee has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: New York, New York
      June 7, 2011

    Respectfully submitted,

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    By: /s/ Robert T. Schmidt
       Thomas Moers Mayer, Esq.
       Robert T. Schmidt, Esq.
       Lauren M. Macksoud, Esq.
       Craig L. Siegel, Esq.
       1177 Avenue of the Americas
       New York, NY 10036
       Telephone: (212) 715-9100
       Facsimile: (212) 715-8000

    *Attorneys for the Official Committee of Unsecured Creditors of Motors Liquidation Company*